IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-00403-RWS |
| | § | |
| vs. | § | |
| | § | |
| RHAPSODY INTERNATIONAL, INC. | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's motion to dismiss without prejudice, in the lawsuit between Plaintiff Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Defendant Rhapsody International, Inc.   Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by RBDS against Rhapsody International, Inc. are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

SO ORDERED

 **SIGNED this 22nd day of June, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE